# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **LAURI VALJAKKA,** | |
| **Plaintiff,** | Civil Action No. 6:22-cv-00495 |
| v. | |
| **META PLATFORMS, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Lauri Valjakka stipulates to the dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment.  The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent.  Each party shall bear its own costs, expenses and attorneys' fees.

Dated:  July 14, 2022

Respectfully submitted,

/s/ William P. Ramey

William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

*Attorneys for  Lauri Valjakka*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that July 14, 2022, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/William P. Ramey, III
William P. Ramey, III